59 F.3d 1248
 Kara Cross, Debra York, Martha O'Quinn, Melissa Weltin, Mary
Stalnacher, Secunda Davis, Carolyn Thacker
v.
State of Alabama, State Department of Mental Health & Mental
Retardation, J. Michael Horsley, Associate Commissioner of
State Department of Mental Health and Mental Retardation, R.
Emmett Poundstone, III, Associate Commissioner, Larry
Stricklin, Facility Director of Taylor Hardin Secure Medical Facility
 NO. 92-7005
 United States Court of Appeals,
Eleventh Circuit.
 June 20, 1995
 N.D.Ala., 49
 F.3d 1490
 
 1
 DENIALS OF REHEARING EN BANC.